[No. 43274-5-I.     Division One.     April 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN BRANCH, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-05997-2, Nicole MacInnes, J., entered August 10, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44309-7-I.     Division One.     April 10, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEPTHA DEMETRIOUS GATES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-04187-7, Anthony P. Wartnik, J., entered February 24, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 42021-6-I.     Division One.     April 10, 2000.]

ROBERT HILL, ET AL., *Respondents*, v. CITY OF LAKE FOREST PARK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-2-19593-8, Carol A. Schapira, J., entered April 21, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ellington and Appelwick, JJ.

[No. 43309-1-I.     Division One.     April 10, 2000.]

ROSALIE STEVENSON, ET AL., *Appellants*, v. KING COUNTY, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-09351-0, Donald D. Haley, J., entered June 12, 1998. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Cox and Ellington, JJ.